FILED

2015 MAY 27 PM 2:39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:15-cr-70-J-34MCR

MICHAEL ROUNSVILLE

**ORDER**

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at JACKSONVILLE, Florida, this 27th day of May, 2015.

United States Magistrate Judge

Copies to:
United States Attorney (Robinson)
United States Marshal