UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:15-cr-70-J-34MCR

ERICK ESTRADA-LOPEZ
MICHAEL ROUNSVILLE

**UNITED STATES' AMENDED WITNESS LIST**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses that may be called in the government's case-in-chief at the trial of this case:

1. Chad Adolph
   Special Agent
   IRS-Criminal Investigation

2. Mollie Bass

3. Brian Blaquiere
   Detective
   Jacksonville Sheriff's Office

4. Casey Bennett
   Detective
   Jacksonville Sheriff's Office

5. Bruce Childs

6. Peter Corigliano
   Special Agent
   IRS-Criminal Investigation

7. Lynn Gann
   Research & Training Specialist
   Florida Department of Law Enforcement

8. Leon Gonzalez

9. Diane Harrison

10. Eduardo Medina

11. Manuel ("Alex") Rodriguez

12. Cesar Salgado

13. Keith Tinney

14. Lisa Ulrikson
Special Agent
IRS-Criminal Investigation

15. Colin Upson
Special Agent
Secret Service

The United States reserves the right to call additional witnesses during the trial of this case, including in rebuttal, as appropriate under governing law.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No. 869139
300 N. Hogan Street, Suite 7-350
Jacksonville, FL 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: chip.corsmeier@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jesse Dreicer, Esq.
Jeremy Lasnetski, Esq.

*s/ Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney