# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.3:15-cr-70-MMH-MCR

MICHAEL ROUNSVILLE

## DEFENDANT'S EXHIBIT LIST FOR TRIAL

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | Rodriguez | Rodriguez Plea Agreement |
| 2 | | | Rodriguez | May 16 Call - CD |
| 3 | | | Rodriguez | July 25th Recorded Conversation CD |
| 4 | | | Rodriguez | Salgado Text Message |
| 5 | | | Rodriguez | Nevada Traffic stop DVD |
| 6 | | | Rodriguez | Rodriguez Interview DVD |
| 7A | | | Rodriguez | Photo – with bag |
| 7/B | | | Rodriguez | Photo – with money |
| 7/C | | | Rodriguez | Photo – with bag and money |
| 8/A | | | Rodriguez | Photo – Gun in Glove Compartment |
| 8/B | | | Rodriguez | Photo – Marijuana in open black suitcase |
| 8/C | | | Rodriguez | Photo – Marijuana in open red suitcase |
| 8/D | | | Rodriguez | Photo – Marijuana in open black suitcase held open |
| 8/E | | | Rodriguez | Photo – Marijuana in open black suitcase (wide angle) |
| 8/F | | | Rodriguez | Photo – close up of marijuana in open black suitcase |
| 8/G | | | Rodriguez | Photo – Grey bag with marijuana |

| | | | | |
|---|---|---|---|---|
| 8/H | | | Rodriguez | Photo – Excedrin Pill Bottle |
| 8/I | | | Rodriguez | Photo – Pills in bottle |
| 8/J | | | Rodriguez | Photo – Bank of America Bag |
| 9 | | | Bass | Mollie Bass Plea Agreement |
| 10 | | | Bass | Mollie Bass (Nevada) Interview CD |
| 11 | | | Bass/Bennett | Mollie Bass (Baker) Interview CD |
| 12 | | | Bennett | DAVID Printout |
| 13 | | | Bennett | FDLE TAR Report |
| 14 | | | Bennett | Job History Report |
| 15 | | | Bennett/Walker | Motorcycle Registration History |
| 16 | | | Bennett/Walker | Map of Arlington/University Overpass |
| 17 | | | Bennett/Walker | Overview Map of Arlington/University to Aqua Club |