FILED IN OPEN COURT
11-14-16
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

Plaintiff __
Government X

v.

Case No. 3:15-cr-70-J-34MCR

ERICK ESTRADA-LOPEZ
MICHAEL ROUNSVILLE

_ Evidentiary
X Trial
_ Other

Defendant ___

=============================================================

**EXHIBIT LIST**

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Electronic Articles of Organization For Florida Limited Liability Company re: E & S Group, LLC, filed January 17, 2006 (2 pages) |
| 2 | | | | 2014 Limited Liability Company Annual Report for E & S Group, LLC, filed July 22, 2014 (1 page) |
| 3 | 11-9-16 | 11-9-16 | Peter Corigliano | Wells Fargo Business Account Application, E & S Group LLC and Erick S. Estrada, dated August 23, 2012 (5 pages) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 4 | 11-8-16 | 11-8-16 | Manuel Rodriguez | Wells Fargo deposit slip, dated December 13, 2012 (1 page) |
| 5 | 11-8-16 | 11-8-16 | Manuel Rodriguez | Wells Fargo withdrawal slip, dated December 13, 2012 (1 page) |
| 6 | 11-7-16 | 11-7-16 | Manuel Rodriguez | Bank of America record of Wells Fargo cashier's check, dated December 13, 2012 (1 page) |
| 7 | 11-8-16 | 11-8-16 | Manuel Rodriguez | Financial Crimes Enforcement Network ("FinCEN") Currency Transaction Report ("CTR") Transcript (3 pages) |
| 8 | | | | Record of wire transfer of $67,000.00 from Bank of America to Royal Bank of Canada ("RBC") on December 14, 2012 (2 pages) |
| 9 | 11-7-16 | 11-7-16 | Manuel Rodriguez | Bank of America statement for account of Nikita Rita Moreno and Manuel A. Rodriguez, for the period of December 6, 2012, through January 7, 2013 (8 pages) |
| 10 | 11-9-16 | 11-9-16 | Peter Corigliano | DVD containing recording of post-arrest interview of Erick Estrada-Lopez on May 28, 2015 |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 11 | 11-9-16 | 11-9-16 | Brian Blaquiere | Jacksonville Sheriff's Office off-duty report for Michael Rounsville for July 4, 2012, through September 30, 2012 (3 pages) |
| 12 | 11-9-16 | 11-9-16 | Lynn Gann | FDLE report of FCIC/NCIC query for Chad Cooper by Michael Rounsville on July 28, 2012 (2 pages) |
| 13 | 11-9-16 | 11-9-16 | Lynn Gann | Florida Driver And Vehicle Information Database (DAVID) record of query for Chad Cooper by Michael Rounsville on July 28, 2012 (1 page) |
| 14 | 11-7-16 | 11-7-16 | Manuel Rodriguez | Screen capture of contact information for Michael Rounsville from cell phone of Manuel Rodriguez (1 page) |
| 15 | 11-7-16 | 11-7-16 | Manuel Rodriguez | Screen captures of text messages from and to Michael Rounsville from cell phone of Manuel Rodriguez (2 pages) |
| 16 | 11-8-16 | 11-10-16 | Michael Rounsville | Florida Driver And Vehicle Information Database (DAVID) Registration History Search Results for 1999 Kawasaki Motorcycle, printed June 1, 2015 (2 pages) |
| 17 | | | | |