FILED IN OPEN COURT
11-14-16
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**vs.** **Case No. 3:15-cr-00070-MMH-MCR**

**ERICK ESTRADA-LOPEZ**

_______________________________/

_______ **Evidentiary**
___✓___ **Trial**
_______ **Other**

## AMENDED EXHIBIT LIST

| Ex. No.: | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Composite Exhibit Charts of Co-defendant's deposits |
| 2 | 11-9-16 | 11-9-16 | Cesar Salgado | Cesar Salgado Henao's Plea of Guilty and Negotiated Sentence |
| 3 | 11-9-16 | 11-9-16 | Cesar Salgado | Cesar Salgado Henao's State Court Information filed |
| 4 | | | | Cashier check from Defendant's bank |
| 5 | | | | E & S Group's identification information for Manuel Rodriguez |
| 6 | | | | Manuel Rodriguez's Driver's License and Permanent Resident Card |
| 7 | | | | Manuel Rodriguez's Social Security Card |
| 8 | | | | Composite Exhibit Photos of Porshe Cayenne |
| 9 | | | | Composite Exhibit Photos of Infiniti FX |
| 10 | | | | Polecam surveillance |
| 11 | | | | Interview of Manuel Rodriguez - Reno, NV |
| 12 | | | | Proffer notes from Avery Sander re: Cesar Salgado Henao |

**Respectfully submitted,**

**TASSONE & DREICER, LLC.**

/s/ Jesse Dreicer
**JESSE DREICER, ESQUIRE**
Fla. Bar No.: 47505
Attorney for Defendant
1833 Atlantic Boulevard
Jacksonville, FL 32207
(904) 396-3344
(904) 396-3349 (Facsimile)
jesse@tassonelaw.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Chip Corsmeier.

/s/ Jesse Dreicer
JESSE DEICER, ESQUIRE