FILED IN OPEN COURT

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:15-cr-70-J-34MCR

ERICK ESTRADA-LOPEZ
MICHAEL ROUNSVILLE

---

# VERDICT

Count One – Erick Estrada-Lopez

1. As to Count One, which charges ERICK ESTRADA-LOPEZ with the offense of conspiracy to commit money laundering involving property represented to be the proceeds of specified unlawful activity, with the intent to conceal or disguise the nature, location, source, ownership, and control of the property believed to be the proceeds of the specified unlawful activity, we, the Jury, find ERICK ESTRADA-LOPEZ:

NOT GUILTY ____________ GUILTY ✓ ____________

Count Two – Michael Rounsville

2. As to Count Two, which charges MICHAEL ROUNSVILLE with the offense of unauthorized computer access, we, the Jury, find MICHAEL ROUNSVILLE:

NOT GUILTY ____________ GUILTY ✓ ____________

(If you find MICHAEL ROUNSVILLE not guilty of the offense charged in Count Two, your verdict is complete. Do NOT answer Questions Three and Four. If you find MICHAEL ROUNSVILLE guilty of the offense charged in Count Two, answer Questions Three and Four below.)

3. In finding MICHAEL ROUNSVILLE guilty of the offense charged in Count Two, do you find that MICHAEL ROUNSVILLE acted for private financial gain?

NO ___________ YES ____✓____

4. In finding MICHAEL ROUNSVILLE guilty of the offense charged in Count Two, do you find that MICHAEL ROUNSVILLE acted to further a criminal or tortious act?

NO ___________ YES ____✓____

SO SAY WE ALL, this 14 day of November, 2016.

Sally A. Bennett
FOREPERSON